**FILED**

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | DRESSED TO KILL DRAPERIES, LLC, on behalf of itself and all others similarly situated, | No. C-05-3272-MHP |
|---|---|---|
| 13 | | STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |
| 14 | Plaintiff, v. | |
| 15 | INTEL CORPORATION, a Delaware corporation, | |
| 16 | | |
| 17 | Defendant. | |

18

19       WHEREAS, on August 10, 2005, Plaintiff filed the instant action in the Northern

20 District of California ("Dressed to Kill Action");

21       WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22 *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23 Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24 pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Dressed to Kill

25 Action has been identified as a related action subject to that motion;

26

1   WHEREAS, on or about September 29, 2005, Judge Patel issued a Related Case
2   Order relating this case to an earlier filed case assigned to her, and canceling or staying certain
3   but not all dates, events and deadlines in the action;
4   WHEREAS, to date, a decision has not been rendered on the MDL Motion;
5   WHEREAS, the outcome of the MDL Motion will impact significantly the
6   schedule of this case;
7   THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8   by and among counsel for Plaintiff Dressed to Kill, and counsel for Defendant Intel Corporation,
9   that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,
10  including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
11  Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
12  applicable to this case should be stayed pending the outcome of the aforementioned MDL
13  Motion; and
14  IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15  management conference is rescheduled by the Court, the parties shall adjust the dates for any
16  conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17  Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18  accordingly.
19  IT IS HEREBY STIPULATED.
20  Dated: November 1, 2005                    DRUMMOND & ASSOCIATES
21
22                                              By:_____/s/ Donald F. Drummond_____
                                                       Donald F. Drummond
23                                                     Attorneys for Plaintiff
                                                       Dressed to Kill Draperies, LLC
24
25
26

SF/21642117.1

2

Case No. C 05-3272 (MHP)
STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

Dated: November 1, 2005                    BINGHAM McCUTCHEN LLP

By: _____/s/ Joy K. Fuyuno_____
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

## [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

IT IS SO ORDERED.
Dated: 11/7/05

_____
Honorable Marilyn H. Patel
United States District Court Judge